## **Exhibit 1**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**TX 9-178-881**

**Effective Date of Registration:**
September 18, 2022
**Registration Decision Date:**
October 11, 2022

## Title _____

**Title of Work:** Aurora Link and Northern Link - game source code

## Completion/Publication _____

**Year of Completion:** 2021
**Date of 1st Publication:** May 07, 2021
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Bronnikov Consulting, LLC
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Bronnikov Consulting, LLC
5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States
**Transfer statement:** By written agreement

## Rights and Permissions _____

**Organization Name:** Bekiares Eliezer LLP dba Founders Legal
**Name:** Kennington R. Groff
**Email:** kgroff@founderslegal.com
**Telephone:** (404)835-4015
**Address:** 2870 Peachtree Road #512
Atlanta, GA 30305 United States

## Certification _____

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
## TX 9-178-903
**Effective Date of Registration:**
September 18, 2022
**Registration Decision Date:**
October 11, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | Aurora 1 and Northern 1 - game source code |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 02, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Bronnikov Consulting, LLC |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bronnikov Consulting, LLC |
| | 5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bekiares Eliezer LLP dba Founders Legal |
| **Name:** | Kennington R. Groff |
| **Email:** | kgroff@founderslegal.com |
| **Alt. Telephone:** | (404)835-4015 |
| **Address:** | 2870 Peachtree Road #512 |
| | Atlanta, GA 30305 United States |

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
**TX 9-178-905**
**Effective Date of Registration:**
September 18, 2022
**Registration Decision Date:**
October 11, 2022

---

## Title

**Title of Work:** Aurora 5 and Northern Light 5 - game source code

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** July 07, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Bronnikov Consulting, LLC
**Author Created:** computer program
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bronnikov Consulting, LLC
5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Bekiares Eliezer LLP dba Founders Legal
**Name:** Kennington R. Groff
**Email:** kgroff@founderslegal.com
**Telephone:** (404)835-4015
**Address:** 2870 Peachtree Road #512
Atlanta, GA 30305 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**TX 9-178-910**

**Effective Date of Registration:**
September 18, 2022
**Registration Decision Date:**
October 11, 2022

---

## Title
 

**Title of Work:** Aurora 3 and Northern Light 3 - game source code

## Completion/Publication
 

**Year of Completion:** 2020
**Date of 1st Publication:** November 09, 2020
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Bronnikov Consulting, LLC
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
 

**Copyright Claimant:** Bronnikov Consulting, LLC
5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States
**Transfer statement:** By written agreement

## Rights and Permissions
 

**Organization Name:** Bekiares Eliezer LLP dba Founders Legal
**Name:** Kennington R. Groff
**Email:** kgroff@founderslegal.com
**Telephone:** (404)835-4015
**Address:** 2870 Peachtree Road #512
Atlanta, GA 30305 United States

## Certification
 

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
## TX 9-178-913
**Effective Date of Registration:**
September 18, 2022
**Registration Decision Date:**
October 11, 2022

---

## Title
 

| | |
|---|---|
| **Title of Work:** | Aurora 2 and Northern Light 2 - game source code |

## Completion/Publication
 

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | June 15, 2020 |
| **Nation of 1st Publication:** | United States |

## Author
 

| | |
|---|---|
| **Author:** | Bronnikov Consulting, LLC |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant
 

| | |
|---|---|
| **Copyright Claimant:** | Bronnikov Consulting, LLC |
| | 5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions
 

| | |
|---|---|
| **Organization Name:** | Bekiares Eliezer LLP dba Founders Legal |
| **Name:** | Kennington R. Groff |
| **Email:** | kgroff@founderslegal.com |
| **Telephone:** | (404)835-4015 |
| **Address:** | 2870 Peachtree Road #512 |
| | Atlanta, GA 30305 United States |

## Certification
 

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-217-326

**Effective Date of Registration:**
January 05, 2023
**Registration Decision Date:**
January 27, 2023



---

## Title
 

**Title of Work:** Favorite Link Skill and Reel - source code

## Completion/Publication
 

**Year of Completion:** 2022
**Date of 1st Publication:** September 08, 2022
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Bronnikov Consulting, LLC
**Author Created:** computer program
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant
 

**Copyright Claimant:** Bronnikov Consulting, LLC
5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States

## Rights and Permissions
 

**Organization Name:** Bekiares Eliezer LLP dba Founders Legal
**Name:** Kennington R. Groff
**Email:** kgroff@founderslegal.com
**Telephone:** (404)835-4015
**Address:** 2870 Peachtree Road #512
Atlanta, GA 30305 United States

## Certification
 

**Name:** Kennington R. Groff
**Date:** January 05, 2023
**Applicant's Tracking Number:** 04094.040-CR

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## TX 9-217-321

**Effective Date of Registration:**
January 05, 2023
**Registration Decision Date:**
January 27, 2023

---

## Title

**Title of Work:** Aurora/ Northern Light Holiday special - source code

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** October 17, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Bronnikov Consulting, LLC
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bronnikov Consulting, LLC
5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States

## Rights and Permissions

**Organization Name:** Bekiares Eliezer LLP dba Founders Legal
**Name:** Kennington R. Groff
**Email:** kgroff@founderslegal.com
**Telephone:** (404)835-4015
**Address:** 2870 Peachtree Road #512
Atlanta, GA 30305 United States

## Certification

**Name:** Kennington R. Groff
**Date:** January 05, 2023
**Applicant's Tracking Number:** 04094.042-CR

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-336-457

**Effective Date of Registration:**
January 05, 2023
**Registration Decision Date:**
February 21, 2023

---

## Title

**Title of Work:** Aurora Holiday Special - graphics

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** October 17, 2022
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Bronnikov Consulting, LLC
**Author Created:** game graphics
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bronnikov Consulting, LLC
5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States

## Rights and Permissions

**Organization Name:** Bekiares Eliezer LLP dba Founders Legal
**Name:** Kennington R. Groff
**Email:** kgroff@founderslegal.com
**Telephone:** (404)835-4015
**Address:** 2870 Peachtree Road #512
Atlanta, GA 30305 United States

## Certification

Page 1 of 2

**Name:** Kennington R. Groff
**Date:** January 05, 2023
**Applicant's Tracking Number:** 04094.044-CR

**Copyright Office notes:** Basis for Registration: Idea for, and procedure or method of operation used in, game not copyrightable. 17 USC 102(b). Registration extends to artwork contained in deposited work.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-336-497

**Effective Date of Registration:**
January 05, 2023
**Registration Decision Date:**
February 21, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Northern Light Holiday Special - graphics |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | December 13, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Bronnikov Consulting, LLC |
| **Author Created:** | game graphics |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bronnikov Consulting, LLC |
| | 5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bekiares Eliezer LLP dba Founders Legal |
| **Name:** | Kennington R. Groff |
| **Email:** | kgroff@founderslegal.com |
| **Telephone:** | (404)835-4015 |
| **Address:** | 2870 Peachtree Road #512 |
| | Atlanta, GA 30305 United States |

## Certification

**Name:**   Kennington R. Groff
**Date**:   January 05, 2023
**Applicant's Tracking Number**:   04094.045-CR

**Copyright Office notes:**   Basis for Registration: Idea for, and procedure or method of operation used in, game not copyrightable. 17 USC 102(b). Registration extends to artwork contained in deposited work.

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-274-513**

**Effective Date of Registration:**
May 03, 2023
**Registration Decision Date:**
June 15, 2023

## Title

**Title of Work:** Aurora/Northern Light Classic - source code

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 29, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Bronnikov Consulting, LLC
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bronnikov Consulting, LLC
5020 B U Bowman Dr., Suite 300, Buford, GA, 30518, United States

## Rights and Permissions

**Organization Name:** Bekiares Eliezer LLP dba Founders Legal
**Name:** Kennington R. Groff
**Email:** kgroff@founderslegal.com
**Telephone:** (404)835-4015
**Address:** 2870 Peachtree Road #512
Atlanta, GA 30305 United States

## Certification

**Name:**   Kennington R. Groff
**Date:**    May 03, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-279-728

**Effective Date of Registration:**
September 19, 2022
**Registration Decision Date:**
June 27, 2023



---

## Title

        **Title of Work:**  Favorite Skill 2 - graphics

## Completion/Publication

        **Year of Completion:**  2020
    **Date of 1st Publication:**  August 31, 2020
  **Nation of 1st Publication:**  United States

## Author

            **Author:**  Bronnikov Consulting, LLC
      **Author Created:**  2D artwork
  **Work made for hire:**  Yes
        **Citizen of:**  United States

## Copyright Claimant

    **Copyright Claimant:**  Bronnikov Consulting, LLC
                      5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States

## Rights and Permissions

    **Organization Name:**  Bekiares Eliezer LLP dba Founders Legal
             **Name:**  Kennington R. Groff
            **Email:**  kgroff@founderslegal.com
      **Telephone:**  (404)835-4015
        **Address:**  2870 Peachtree Road #512
                      Atlanta, GA 30305 United States

## Certification

**Name:**  Kennington R. Groff
**Date:**  September 19, 2022
**Applicant's Tracking Number:**  04094.022-CR

**Correspondence:**  Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-284-430**

**Effective Date of Registration:**
September 13, 2022
**Registration Decision Date:**
July 11, 2023

---

## Title
_____

**Title of Work:**   Nautilus game - source code

## Completion/Publication
_____

**Year of Completion:**   2021
**Date of 1st Publication:**   August 26, 2021
**Nation of 1st Publication:**   United States

## Author
_____

- **Author:**   Bronnikov Consulting LLC
  **Author Created:**   computer program
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant
_____

**Copyright Claimant:**   Bronnikov Consulting LLC
5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States

## Rights and Permissions
_____

**Organization Name:**   Bekiares Eliezer LLP dba Founders Legal
**Name:**   Kennington R. Groff
**Email:**   kgroff@founderslegal.com
**Telephone:**   (404)835-4015
**Address:**   2870 Peachtree Road #512
Atlanta, GA 30305 United States

## Certification
_____

Page 1 of 2

|  |  |
|---|---|
| **Name:** | Kennington R. Groff |
| **Date:** | September 13, 2022 |
| **Applicant's Tracking Number:** | 04094.015-CR |

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-354-721

**Effective Date of Registration:**
September 13, 2022
**Registration Decision Date:**
July 17, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Northern Light World Famous game - graphics |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | April 04, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Bronnikov Consulting LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bronnikov Consulting LLC |
| | 5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bekiares Eliezer LLP dba Founders Legal |
| **Name:** | Kennington R. Groff |
| **Email:** | kgroff@founderslegal.com |
| **Telephone:** | (404)835-4015 |
| **Address:** | 2870 Peachtree Road #512 |
| | Atlanta, GA 30305 United States |

## Certification

Page 1 of 2

**Name:** Kennington R. Groff
**Date:** September 13, 2022
**Applicant's Tracking Number:** 04094.011-CR

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-354-714

**Effective Date of Registration:**
September 13, 2022
**Registration Decision Date:**
July 17, 2023

## Title

| | |
|---|---|
| **Title of Work:** | Favorite Reels 2 game - graphics |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | October 30, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Bronnikov Consulting LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bronnikov Consulting LLC |
| | 5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bekiares Eliezer LLP dba Founders Legal |
| **Name:** | Kennington R. Groff |
| **Email:** | kgroff@founderslegal.com |
| **Telephone:** | (404)835-4015 |
| **Address:** | 2870 Peachtree Road #512 |
| | Atlanta, GA 30305 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Kennington R. Groff |
| **Date:** | September 13, 2022 |
| **Applicant's Tracking Number:** | 04094.020-CR |

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-354-723

**Effective Date of Registration:**
September 13, 2022
**Registration Decision Date:**
July 17, 2023

---

## Title

**Title of Work:**   Nautilus game - graphics

## Completion/Publication

**Year of Completion:**   2021
**Date of 1st Publication:**   August 26, 2021
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Bronnikov Consulting LLC
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Bronnikov Consulting LLC
5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States

## Rights and Permissions

**Organization Name:**   Bekiares Eliezer LLP dba Founders Legal
**Name:**   Kennington R. Groff
**Email:**   kgroff@founderslegal.com
**Telephone:**   (404)835-4015
**Alt. Telephone:**   (404)835-4015
**Address:**   2870 Peachtree Road #512
Atlanta, GA 30305 United States

## Certification

Page 1 of 2

**Name:** Kennington R. Groff
**Date:** September 13, 2022
**Applicant's Tracking Number:** 04094.014-CR

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-354-716**

**Effective Date of Registration:**
September 13, 2022
**Registration Decision Date:**
July 17, 2023

## Title

**Title of Work:** Aurora Link - graphics

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 07, 2021
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Bronnikov Consulting LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bronnikov Consulting LLC
5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States

## Rights and Permissions

**Organization Name:** Bekiares Eliezer LLP dba Founders Legal
**Name:** Kennington R. Groff
**Email:** kgroff@founderslegal.com
**Telephone:** (404)835-4015
**Address:** 2870 Peachtree Road #512
Atlanta, GA 30305 United States

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-354-725**

**Effective Date of Registration:**
September 13, 2022
**Registration Decision Date:**
July 17, 2023

---

## Title

**Title of Work:**   Aurora World Famous game - graphics

## Completion/Publication

**Year of Completion:**   2022
**Date of 1st Publication:**   April 04, 2022
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Bronnikov Consulting LLC
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Bronnikov Consulting LLC
5044 B U Bowman Dr., Suite 106, Buford, GA, 30518, United States

## Rights and Permissions

**Organization Name:**   Bekiares Eliezer LLP dba Founders Legal
**Name:**   Kennington R. Groff
**Email:**   kgroff@founderslegal.com
**Telephone:**   (404)835-4015
**Alt. Telephone:**   (404)835-4015
**Address:**   2870 Peachtree Road #512
Atlanta, GA 30305 United States

## Certification

Page 1 of 2