# **Exhibit 2**

# United States of America
## United States Patent and Trademark Office

# JENKA LAB

**Reg. No. 6,400,827**
**Registered Jun. 29, 2021**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

JENKA LAB LLC (GEORGIA LIMITED LIABILITY COMPANY)
5044 B U Bowman Dr, #106
Buford, GEORGIA 30518

CLASS 28: Gaming machines, namely, slot machines and video lottery terminals

FIRST USE 1-8-2020; IN COMMERCE 7-21-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "LAB"

The wording "JENKA" has no meaning in a foreign language.

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 90-198,346, FILED 09-21-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

