# **Exhibit 3**

# United States of America
### United States Patent and Trademark Office



**Reg. No. 6,400,828**

**Registered Jun. 29, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

JENKA LAB LLC  (GEORGIA LIMITED LIABILITY COMPANY)
5044 B U Bowman Dr, #106
Buford, GEORGIA 30518

CLASS 28: Gaming machines, namely, slot machines and video lottery terminals

FIRST USE 1-8-2020; IN COMMERCE 7-21-2020

The mark consists of the words "JENKA" and "LAB" with a triangular beaker design located in the middle of the two words; the beaker is half full and there are a small bubble and a bigger bubble in the liquid, three other bubbles inside the beaker but outside the liquid and another two bubbles outside, and above, the beaker.

No claim is made to the exclusive right to use the following apart from the mark as shown: "LAB"

The wording "JENKA" has no meaning in a foreign language.

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 90-198,355, FILED 09-22-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

