IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JENKA LAB, LLC and <br> BRONNIKOV CONSULTING, LLC <br><br> Plaintiffs <br> v. <br><br> ONE-STOP GAME SOLUTION, LLC <br> DBA GGC INDUSTRIES <br><br> Defendants. | Case No.: _____ |

## **VERIFICATION**

I, Evgeny Bronnikov, being duly sworn on oath, deposes and says that:

(1) I am the founder and owner of Jenka Lab, LLC;

(2) I am the founder and owner of Bronnikov Consutling, LLC;

(3) I have personal knowledge of the matters in the Verified Complaint, including the uses of the trademarks and copyrights described therein by Jenka Lab and Bronnikov Consulting and Defendant;

(3) I verify under penalty of perjury under the laws of the United States of America that the facts in the Verified Complaint are true and correct.

[*signatures on following page*]

This 17 day of August, 2023.

_____
Evgeny Bronnikov
CEO of Jenka Lab, LLC and
Bronnikov Consulting, LLC

Sworn to and subscribed before me this

17 day of August, 2023

_____
Notary Public

Karin Van Niekerk
NOTARY PUBLIC
Gwinnett County, GEORGIA
My Commission Expires 09/06/2026