# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JENKA LAB, LLC, and<br>BRONNIKOV CONSULTING, LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>ONE-STOP GAME SOLUTIONS, LLC,<br>d/b/a GGC INDUSTRIES,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 2:23-cv-00159-RWS |

## DEFAULT JUDGMENT

The defendant ONE-STOP GAME SOLUTIONS, LLC, d/b/a GGC INDUSTRIES, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Richard W. Story, Senior United States District Judge, by order of January 10, 2024, having directed that judgment issue in favor of plaintiffs and against the defendant, it is hereby

ORDERED AND ADJUDGED, that the plaintiffs JENKA LAB, LLC, and BRONNIKOV CONSULTING, LLC, recover from the defendant ONE-STOP GAME SOLUTIONS, LLC, d/b/a GGC INDUSTRIES, the amount of $5,659,359 in damages (including $5,650,000 in statutory damages, $8,957 in attorneys' fees, and $402 in costs).

Dated at Gainesville, Georgia this 11th day of January, 2024.

                                      KEVIN P. WEIMER
                                      CLERK OF COURT

                  By:    s/Shane Gazaway
                              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   January 11, 2024
Kevin P. Weimer
Clerk of Court

By: s/Shane Gazaway
      Deputy Clerk